UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES HICKS, et al.,<br><br>        Defendant. | NO. EDCV 15-259-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Defendants Dr. Hick's and Dr. Cavinder's motion for summary judgment is granted and that judgment be entered for Defendants.

DATED: 6/13/17

                                                    DALE S. FISCHER<br>
                                                    United States District Judge