UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ALLEN,<br><br>          Plaintiff,<br><br>   v.<br><br>JAMES HICKS, et al.,<br><br>          Defendant. | NO. EDCV 15-259-DSF (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that judgment is entered for the defendants.

DATED: 6/13/17

                                        DALE S. FISCHER<br>
                                  United States District Judge